UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON FITTS, ET AL.,

      Plaintiffs,

v.

RICK SNYDER, ET AL.,

      Defendants.

_____/

CASE NO. 12-13575

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN WHALEN

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [61] AND DENYING PLAINTIFF FITTS'S MOTION FOR SUMMARY JUDGMENT [37]

Before the Court is the Magistrate Judge's Report and Recommendation [61], recommending that the Court deny Plaintiff Cameron Fitts's Motion for Summary Judgment [37] against Defendant Rene Vives.

As explained in the Report and Recommendation [61], any objections to the Magistrate Judge's recommendations were to be filed within fourteen days of service of the document.

No objection to the Report and Recommendation [61] was filed. The Court notes that the Report and Recommendation [61] was returned as undeliverable to Plaintiff Fitts [64] on January 21, 2014. Pursuant to local rule 11.2, parties are required to promptly file a notice with the Clerk and serve a copy of the notice on all

parties whenever an address or other contact information changes. Plaintiff Fitts was given notice [5] of this requirement on August 14, 2012. It appears that Plaintiff Fitts has failed to fulfill this requirement.

The Court has reviewed the record in this case.

**IT IS HEREBY ORDERED** that the Report and Recommendation [61] is **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [37] is now **DENIED**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

Dated: March 31, 2014

___

**CERTIFICATE OF SERVICE**

I hereby certify on March 31, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on March 31, 2014: **Cameron Fitts, Michael Davis, Kenneth Wilson.**

s/Michael E. Lang
Case Manager to
District Judge Arthur J. Tarnow
(313) 234-5182